# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MATTHEW SMYER, | : Case No. 3:20-cv-114 |
| Plaintiff, | : District Judge Michael J. Newman |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| KROGER LIMITED PARTNERSHIP I, *et al.*, | : |
| Defendants. | : |

# ORDER

This case is before the Court on Plaintiff's request to extend the discovery deadline. Plaintiff is hereby **ORDERED** to file a Motion for Extension of the discovery deadline no later than June 28, 2021, if discovery remains outstanding. In its Motion, Plaintiff shall also brief the Court on the discovery that remains outstanding so that the undersigned may determine if further discovery is needed. Defendants shall have fourteen days from the date of filing to file a Response to Plaintiff's Motion and Brief in Support.

June 11, 2021                                                          *s/Sharon L. Ovington*
                                                                                Sharon L. Ovington
                                                                                United States Magistrate Judge